UNITED STATES DISTRICT COURT
CENTRAL ~~—~~ DISTRICT OF ILLINOIS
Peoria ~~—~~ DIVISION


Joseph Murphy #ID M42534
_____

          Plaintiff (s)
             V.
        Defendant(s)

Katina Joiner warden of Pontiac C.C
Michelle Howell, Seargent Bailey
Leutenant DAYTON
Seargent Addict
Officer ANDERSON
Officer Petterson

CASE
NO: _____

SCANNED AT PON CC
EMAILED  8/11/22  (date)
BY _____ (intials)
    33  (# of pages)


                JURISDICTION & VENUE

    1. This is a civil action authorized by 42 U.S.C. Section 1983
To Redress the deprivation, under color of State Law, of Rights Secured
By The Constitution of the United States. The Court Has Jurisdiction
under 28 U.S.C. Section 1331 and 1343(a)(3). PlaintIFF Seek's declaratory Relief
Pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff claims FOR
Injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284
and Rule 65 of The Federal Rules of Civil Procedure.


    2. The Northern District is an appropriate venue under 28 U.S.C.
Section 1391(b)(2) because of The Illinois Department of Corrections.
Prison where the events giving rise to this claim occourd were IN
This same District.


                  PLAINTIFF(S)
    3. Plaintiff Joseph Murphy is and was at all time's Mentioned Herein
. Prisoner of The State of Illinois in the Custody of the Illinois Department of
orrections. She is Currently Confined In Illinois State prison in Pontiac Illinois


                  DEFENDANT(S)
4. CAO-WARDEN Defendant Katina Joiner is The warden of Pontiac Correctional
                                        See Aditional PG

DeFendant(s) Continued From 04. PG

CENTER. She Is legally Responsible For The operations of IDOC Pontiac Correctional CENTER, And For The welfare of All Its Inmate

5. Defendant Facility PREA Compliance Manager Michelle Howell Is legally Responsible For All PREA Victem's Rite IN Pontiac Correctional center

6. Defendant Seargent Bailey Is A Correctional Officer Srg AT Pontiac Correctional CENTER, Responsible legally To Ensure The Safty of Pontiac's Inmate's.

7. Defendant lewtinant Dayton who AT All Time's Mentioned in This complaint held The Same Rank, And legally Responsible For; Safty & security AT Pontiac.

8. Defendant Seargent Addict who AT All Times Mention in This Compliant Held Same Rank And legally Responsible For Safty & security AT Pontiac.

9. Defendant Officer Anderson who AT All Time's Mention in This Compliant Held The Same Rank, acept As A TACT Team Officer. Is legally Responsible For Safty & Security AT Pontiac.

10. Defendant officer Petterson who AT All Time's Mention in This Compliant Held the Same Rank. And Is legally Responsible For The Safty & security AT Pontiac

11. Each Defendant is sued INDIVIDUALLY and in His/HER OFFICIAL capacity. AT ALL Times Mentioned in This Complaint, each defendant acted under color of STATE law.

List Add Suite's Youve Filed.

| | |
|---|---|
| murphy v. wilks et al | Murphy v. TEC et al |
| No #: 1:22-CV-03673 | Case No. 1:22-CV-04098 |
| Date: 07/15/2022 | 05-05-2022 : DATE |
| Defendants: Sustin wilks, | Defendant: Andreya Tec, C/o Bolin |
| Lt Nolin, C/o Morris | Lt. Knudson |
| Northern District OF ILLINOIS | Northern District OF ILLINOIS |
| Honorable Sara L. Ellis | Honorable Sara L. Ellis |
| Excessive Force, Eight Amendment | Failer To Protect, violation Eight |
| violation OF Constitutional Rites. | Amendment OF The Constitutional Rites |
| Still Pending. | Still Pending. |

STATEMENT OF FACTS

1. I Am PlaintiFF (Joseph Murphy #M42534) Also Know "Andreya Montrise." My Preferd Name As I Am A TRAI I PreFer - She, Her- PRONOUN-. I Am explaining In be with Full Knowley-Stating The FACT'S And Violation's enF on Me As The PlaintiFF AgainST Multible DeFFendents

2. On DATE 07-19-22 - Aprx 6:00 pm - Pontiac C.C. SMH- C I The PlaintiFF was Being TRANSFERD From South Mental Hou From cell 227-By OFFicer Petterson And Lt. DAYTON - While Pulled out of cell % Petterson Squeezed My wrist cuffs Tigh I Then slightly Turned To Tell Lt. DAYTON of The Pressure A Deliberitly-.

3. At which Time I was CuFFed Behind My Back & Ankle c with Leed chain ConnecTing wrisT cuFF'S To The Ank Lt. DAYTON Then Deliberitly Fynord My Pain. Pushing Me Fore Force Causing Me To Fall on My Fronte's.

4. At which Time OFFicer Petterson Maliciwesly Put His Knee Lower Back Causing Pain/Injury To My Back - At which Ti Lt. DAYTON And OFFicer Petterson Began To DRAG Me u Intent knowing Full well That My RestrainTs were wro TightoIng Restricting Blood circulution - Causing Nerve Damage

5. At which Time I cryed out Beging For Ceasation of Su And cruel Behaivor - Multible StuFF was slightly visable with Knowley of "Adminustrative DirecTive's" Knowing Full we whaT was Being INFlicTed upon me was NOT Neccsary Done In Good Fuith-.

6 AT which Time I observed C/o Brown sitting worth Doing A Costion't worth on another Inmate who was o I was DRAGED Through Door way's deeding To Hall u That connected South Mentel Housing To North He Grullery.

7 AT which Time I observen Multible TACT Team staF Along with dt. DAyton And OFFicer Petterson while - Continued To DRAG Me Perotily Storming Me Down c Caussing Injury To My wrist, Ankle, diviser Caluc's, de shoulders & Back.

8 At which Time I was DRAGED Through North House To 1 Gullery Holding Tank 02 - where I was Dumped c Floor Half way Inside Holding Tank And Half way out c By My Assculent's And There cronie's - crying From The Tortor I endured.

9 At which Time An unknown/John Doe Srg. was with Ful oF dack oF Persistence - walked Inside Holding Tank 02 At And with Sadistic IntenT Grubed Back oF My HeaD slamed J To The Floor And with Presure Forced Down ON Top OF A Smashing My Face Into The Floor-.

10. AT which Time my Restrants were Switched From SMH To North House Restraints - Then My Assailent's Retreated Me with JusT North House's Assigned Srg John Doe.

11. AT which Time I Requested Medical AttenTion And T with Mental Health Personal And was Denied By John Doe.

12. AT which Time John Doe Srg with A OFFicer Joh
Pulling Me out OF The Holding TANK O2 AND walkin
The step's Going upstair's - Then Srg John Doe Seein
Had wound's Grabed The Back oF My Head Muk
walk with My Head Down & My Bodie Bent over

13. AT which Time Srg John Doe Then Allowing me T
my Head up - Arrived on Northhouse 5-Gallery 540
Placing Me In my cell with Full Knowleg OF MY Ingc
My Neco oF Medical Attention.

14. AT which Time I was ConFined To cell 540 FoR Day
No Medical Attention - AT This MomenT I wanT To Mal
Thuit All oFFicer's & STAFF envolved Acted with cruel I
with Full Knowley oF The InFlicting Violation's, with Fu
oF The Neglect OF Nedical Attention - Having Full Awar
oF my dack oF Resisting & NON-Compliance - In wh
was The victem in Full Compliance AND I was NoT B

15. AT which Time I would dike To Make Cleer That I
To GET Medical & Mental Health Help To Asses my In
AND My Mental stute FoR Documentation Reason's AND B
oF My Injury's was Substantial PainFul & with Neglect
AND could Have Caused Inrepueble Harm.

16. AT which Point I will explain How I exhausted All Remidie
Were Available To Me - Ive Attempted To exhoust Grie
Process At Institutenal devel AND FoR Day's was Den
Correctional STAFF The Rote To Do So - Though aFther
devel was Unavailible To Me I Sent A Grievance T
AdministRATIVE Review Board who over dooks G
After The Institutenal devel's are Done. I sent Grievé
EMERGENCY TO Application

17. AT which Time I Attempted To Recieve medical &
Mental Health Date's & Time's oF - 07-19-22 Northhouse
540 cell - Aprx 9:00 I Asked Medication Pass Nurse FoR
Medical Attention She was walking with Same Srg John

18. AT which Time & Date on 07-20-22 North House Holden
04 - Aprx 2:00 - I Spoke with MHP - Petra A Mental Hea
who claimed To Have Made An Incident Report Regardi.
Happend & The Medical Neglect.

19. AT which Time I want To Make clear That This whole Enc
was Caught on Camra - FROM SMH 2 Gallery Camra's - Hall w
way Camra's deed From SMH To North Housing Camras - From
1 Gallery Camra's And Also North House Holding TANK cent
AND North House 5 - Gallery camra's.

20. AT which Point I will Then explain IN Detail Incident
Deriving FROM This original Incident IN what I Beliere
Retailorial Action's Made By Co-worker's oF DeFFender
DeFFendenT Petterson.

21. AT which DATE & Time oF 07-23-22- Aprx Time 8:30
House 540 Cell. DeFFANDENT oFFicer Anderson Along with
C/o. Pulled Me ouT oF My Cell Claiming I Have A Health
Then while walking Me To North house 1-Gallery Holding Tar
Began Asking Me why Did I Report DeFFANDENT Cot Da
AND DeFFANDENT oFFicer Petterson.

22. AT which Time I Did NoT Repond I Feard For My SaFty
Remained Silent - Then oFFiceR Anderson Asked Me wh
I PuT A PreA claim on Him - AT That Time I was Shoc
Know NoT only Had "IA" INternal AFFairs Disclosed My
oF Sexual Assault To The culprit - They Also Made TL Sa L

23. AT which Time I still Remained silent, I was Then Placed In Holding TANK 01, DeFFANDENT Anderson Then Inside oF The Lt. oFFice's Talked To Srg. Lindsey Then C walking up To the Holding TANK Saying Now I was NoT G Medical Attention/Health care Pass-,

24. AT which Time I was Then Placed BACK In My cell - AT Time I Asked To speak with Some one FROM Mental A So That I Could Document staFF NeglecT by which DeF Anderson Deprived Me oF Medical Pass - And According - by % Anderson - Srg Lindsey Also NeglecTeD Me Being Th admition oF % Anderson Telling Him To Do So And Srg Line Last Say So on what staFF under His station is To Do

25 AT which Time & DATE oF 07-23-22 - Aprx 1145am I was out By DeFFendanT Anderson For crissis Call - And placed TANK 02 - Mental Health Petra Arrived And Document My Then LeFt, I was Then Taken BACK To My cell By DeFFunde Anderson - AT which Time oFFicer Anderson Sexually Grabed Griping And Squeezing Attemphing To Please His Fantisy F Sexualy oF Me In The Door way oF My Cell.

26 AT which Point I would Like To explain How I Am Alread with PTSD, Anxiety Attacks, Panic Attacks, Border Line Per Disordore, I explaine This Because oF The Mental Truma env The InFlicTeD Tortore & NeglecT & Harrasment Deriving From Incident's Caused The DYNAMIC is OF My Treatment's For Diagnoses To change In A way TheiT AFFecTeD My emotion stability & Mental stability - Night mare's - cold Sweet's- Body experiance ensued.

27. AT which PoinT I will explain How I Attempted To e All Remidie's Availible To Me. Regarding This Incident DeFFandenT Anderson AND DeFFandenT Lindsey - I Atten Grieve This Incident At An Institutional Level And wa: My Rite To Do So By Multible StaFF - Though I Did Submit exhaust My Grievant Process Through The Administrative Board At springField Marked emergency In Nature I Al The (PREA) "Prison Rape Elimination Act" Hot Line To A Claim against DeFFendent Anderson For Sexual Assault

28. AT which Time I will explain In Detail The Last Incider which will Conclued "State Ment oF FacTs"- In which I str urge The Court's To Regard This PART As PurT As A whole only Retaliation Deriving From My Complaints Made c Co-worker's - And DeFFendenTs Named Previsly /Abuve R original Incident's But Also Decrimination in A whole Pontiac C.C. StaFF & Superviser's - ChieF Administratur's env

29. AT which DATE AND Time on 07-27-22, Aprx 9:00 pm, Nu 540 cell, I was Mentaly unstable - Also Being in A en-oper cell with No Power AND Broken Toilet In which I Asked Wiallim's To GeT Me A crissis Team - A Mental Health Pe I could explain My crissis AND Also Document The Neg STAFF For The un-operable cell.

30. AT which Time I was Pulled ouT oF My cell By OFFicer And Placed In Holding Tank O1, on I-Grallery Part sect Nurse Kendra Came To Do My Mental Health Assesmer Me That There was No Mental Health worker's But she was crissis Traineo. I Then explaineo To H crissis & How The StaFF, Having Full Knowleg oF My cell In No-working condition are Refusing To Move Me.

31. AT Which Time Nurse Kendra walked Inside Lt. Office Then Came Back out Telling Me That Srg. Bailey Is For To Go on wacth And She was only A Nurse And Coul Do anything About It ("Attention" crissis wacth is For S And Homicidal Patients) I Did NOT at any time Claim T One oF These Requirements still I was Forced To Go

32. AT which Time Srg Bailey And Srcy Addict Aproxbed T TANK Then walked off, Then A Major John Doe Sto The Holding TANK - I Told Him That I Am A Trans And I would only strip out For A women. (I Am A know I Have Breast And Body oF women) There IS NoT one In Pontiac C.C. That Know Me Could Say They Did No I Am TRANS Women - Still I wanTed To Make My self This Major.

33 AT which PoinT Srg Bailey And Srg Addict with Fu oF Me Being A women. (KMy ID Say Female Grant Female strip search on It) Taking Me out oF Holding Ol. Placing Me In A Room with Holding TANK of Inside - Removed My RestraiNTs Then Forced Me To oraly Please was Scared For My Saffy - Srg Bailey And Srg AddicT K Full Awareness oF my Gender And PreFerd strip Search T They were Doing was Violating Me, And Violation oF my Ri There own Rules And Administrative Directive's.

34. AT which Time AFter Srg Bailey Felt He was Done Srg Deffandant Addict NoT Attempting To end This I was Told To strip Then Placed in A Green Smock Placed in cell 113 on crissis wacth, In which - cryed my self To Sleep Thinking About Killing Knowing That Death would/MAY Be Better Then T

35. AT Which Time AND DATE oF 07-28-22 Aprx 9:
North House Cell 11B I spoke with QMHP- Martin - A -
Social worker/Mental Health worker, I explained To Her -
was Raped By A Staff- In which QMHP- Martin
This To Internal AFFairs - I was Pulled ouT - I The
with Nurse Kendra - Some Internal Affairs officer's
Also MHP- Pete, And The #2 warden. All oF who
It clear That I Feard For My SaFty In Pontica
And In A Male Prison Altogether - I was strip se
By The Number Two warden who I explained To J
My Fear's.

36. AT which Time I Requested A TRANSFER - Prefer
dogan- BUT I explained That I would like To 2
emergency Transfer Because I Fear More Retal'
She explained that she understand, Then I was se
Saint Suspeh Hospital For Rape Kit, which was Do
BN- dinsey, I was Aduocated By Steping Stone N
Power's.

37. AT which Time I was Sent Back To Pontiac c.Cu
DeFFandenT Srg Bailey was waiting At NorthHouse A
Violating my Property and writing A Bogus Ticket J
In Retailiation To My complaints oF His Rape. AT wI
And Time oF 07-29-22 I was Pulled ouT oF my c
Speak with Special AgenT Trevor Schlindwein oF The
STate Police At which Time I explained on Camra $
The Rape And My Fear For My SaFty And Ive Als
Been Retulated AgaunsT Multible Time's I Need A TRANS

38. AT which Time I was Told By This Agent Schlindwein That He would TALK TS Angland of IDOC Head of Inter Affair's Investigations About A TRANSFER. AT which Time with Angland And Conveyed My Fear's And My Request A TRANSFER By Law And My Rote To be Protected F The Accused Throughout The criminal Justice Process At time Deffendent Angland Deneid My TRANSFER.

39. AT which Time I will conclude The Statement of PRAYING The Court Accept My Honesty & Fact's I Consideration. Understand They At All Time's All A Asscilant's, Deffendents, & Neyketer's was Fully au There Co-worker's Assault's, Battery's, And Neylect under Color of deuw. Maliciously & violently crue Have exhousted All Administrative Remedie's To Me, I Have Attempted To Contact Legal Assisten And Litigator's For Help. Still I Am Held captiv Victem of cruel & unusal Punishment, Neylect, De Indifference, And Many more uiolation's These Are Fact's As I Know them As The PlainTiff Pleading Cant For Assistence ...

# LEGAL CLAIMS

1. DeFedant WARDEN JOINER WAS AWARE OF All VIOLATION'S OF The STAFF UNDER HER Legal COMMAND - AND There ViOLATION'S AND evid Actions AND Failed To Remedy, NOR DID DEFedant JOINER AcT To ensue PlaintiFF Murphy HER SAFty As A Result violated PlaintiFFs 8th Amandment ActinginDeliberit InDiFFerence To PlaintiFFs SuFety AND well Being Resulting In PlaitiFFs Pain AND SOFFer ing Resulting In Murphy's Physical Injury, and emotionadistress.

1. DeFedant Howell AT All Time's Had Knowlig OF Murphy's PREA Claims Also Murphys Risk OF Continued Harm AND In Failing To AcT, AND encouraging this ontinued Harm AND Misconduct By law Violated PlaintiFFs Murphy Eighth Amendment o The UNiTed STATES Constitution and Causing Murphy The PlaintiFF Pain AND SuFFering, nysical injury, and emotional distress.

DeFedant Bailey Sexualy violated PlaintiFF Murphy enforcing UNconsentual oral sex UPON Murphy, Knowing Fully ThaT Murphy Did NOT want OR Fncite The Sexual AcT Continued To Violate Murphy Sexualy, Seeing That Murphy Is A ID Gender Female And Preferd Strip Search Female, AcTing under Color oF STATE Law Made As though PlaintiFF Murphy was Going To Be strip searched ONly To GeT PlaintiFF Murphy oFF Camra In A Room To Sexualy Assault HER, Violating Murphy's EighT Admandment OF UNIGHTED STATES Constitution Resulting In murphy's Pain AND suffering, Physicle Injury No emotional Distress.

DeFendant DAYTON used excessive Force FirsT Pushing PlaintiFF Murphy Down Then DRAGING Murphy By HER ARM's while Murphy was Restrained, Compliant. DRAGING urphy FROM one Building To another For over 10 To 15 Minute's Periodicly slaming HER Down Continuing To use excessive Force, In A AcT oF Maliciousness And cruel maner nowing Fully ThaT Murphy was NoT Resisting DEFENDANT DAYTON Acting under Color OF state Law. Resulting In Murphy's Pain AND suffering, Physicle Injury, emotional stress. Violating Murphy's Eight ARMANDMENT OF UNITED STATES Constitucional Rites.

DeFendant Seargeut Addict witnessing DeFendant Bailey Commit Rape upon PlaintiFF Murphy no NOT ATTEMPTING To STOP OR Correct The Misconduct BUT Instead encouraging the xul AND evill AcT To Prodong, And Also Knowing Full well Murphy was NoT To Be strip earched By A Male Resulting In Murphy's Pain AND SuFFering, Physicle Injury, emotional Distress. Violation oF Murphy's Eight Amendment OF UNITED state's Constitucional Rites.

See Attchment Po

# Legal Claims

6. Defendant Anderson Already Previously Sexualy Assaulted Plaintiff Murphy Sexualy By Foundling Her Breast And Sexual Comments Mad I Attempt To dure Murphy Into Sexual Activity's - Plaintiff Murphy Denied All Request And Made A PREA Claim OF Sexual Nature To I A Still Afther Neglecting His Duty's Committed To His Misconduct Defend Anderson Sexualy Assaulted Murphy Again By Grobing Her ANUS/ColuTer Maximas, Constiently Depriving Plaintiff OF Her Rule's, As A Result Causing Murphy, emotional Distress, Pain And SUFFERING, And Men INSTABILITY, Violeting Murphy's Eight Amendment OF The UNITED STATES Constitution.

7. Defendant Petterson used excessive Force First Rushing Plaintiff Down Then Slumming His Knee Down In Murphy's dower Back Then DRAGGING Murphy Violently Along The Hall way Making Mockery OF Her Pai For over 10 TO 15 Minnet's excessively slaming Plaintiff Murphy Down Pertorohically Continuing To Violate Her, Resulting In Murphy's Pain And Suffering, Physicle Injury, emotional DISTRESS, All The while Knewning Fully Plaintiff Murphy Was NOT Resisting And In Ful Compliance, Violeting Murphy's Eight Amendment OF The UNITED STATES Constitution.

8. Plaintiff Murphy Has No plain, adequate, or complete Remedy at dow To Redress The wrong's described herein. Plaintiff Murphy Has Been and will contin To be irreparably injured by The Conduct of The DeFendent's unless This Court Grants The declaratory and injunctive Relief which Plaintiff seeks.

PRAYER FOR RELIEF

Wherefore, Plaintiff Respectfully PRay
That This Court enter Judyment:

1. Granting Plaintiff Murphy a declaration That the acts and omissions described herein violate her rights under The Constitution and The Laws of the united Stats, and A Preliminary and Permanent injunction ordering defendants collectivly To cease,

2. Their Violations of Plaintiff Murphy And For Defendant Joiner As Acting warder of Pontiac correctional center, where Plaintiff Resides To Act To Prevent Conflict of Interest seperate Plaintiff From the Defendant's by TRANSFER To Logan, and

3. Granting Plaintiff Murphy Compensatory damages in the amount of $463.000 From each Defendant, jointly and severally, and

4. Compensatory damages of $150,000 against Defendant Joiner only.

5. Plaintiff seeks nominal damages and punitive damages of $110,000 against each Defendant Jointly and severally.

6. Plaintiff also seek Jury Trial on all Issues Triable by Jury

7. Plaintiff also seek Defendant's To Pay amount of Cost For This Suite and any medical expense Nessary.

Any Additional relief This This Court deems
Just, Proper, and equitable.

Dated: August 9, 2022

Respectfully Submitted, Murphy, Joseph #M42534

ILLINOIS STATE Prison, Pontiac Correctional center
                              P.O. Box 99
                              Pontiac Id. 61764

Verification

I Have Read The Foregoing Complaint and hereby
verify that the matters alleged therein are True, except as
To Matters alleged on information and Belief, and, as
To Those, ARE Declaration's FROM Ms. Venson of Her
own accord. I certify under penalty of Perjury That
The Foregoing is True and Correct

                              Executed at Pontiac ILLinois
Joseph Murphy              August 9, 2022
Joseph Murphy

IN THE UNITED STATES District COURT
FOR THE ~~█████████~~ DISTRICT OF ILLINOIS
CENTRAL

Joseph Murphy #M42534

                                            M392JT
                    Declaration of Maaihar Venon

        Plaintiff(s)
            V

        Defendant(s)          Case No. _____

Katina Joiner, Michelle Howell
Seargent Bailey, Leutenant Dayton
Seargent Addict, officer Anderson
officer Petterson

I Am A Transgender Inmate, I Have Been In pontiac C.C
Since about 2019. I have Known ANDReyA for 7years
Though we have Been Around Each other Currently in pontiac
Since 07-19-22. Its Now 08-09-22. Ive Been writing with
Her. I Am in Cell 5-04 Northhouse, She is In Cell 5-36 Although
Its At A Distence we have lil holes in our Doors So Certin
times when the Gallery is queit we Could Hear each other.
BuT we mostly write (See exhibit A thru C) And She told Me her
fears. I remember when she told to me she was Raped By Srgt.
Bailey I have heard Several %s talking Bout it, like Saying a srgt.
Bailey Put His Cock In Murphy Mouth, Said officer Jackson. Just Today
I witnes The worker Ask the % Durry I Believe is His Name
At 08-09-22 - Aprx 10:35, This one is Murphy TRAY Here, 5-36 Bite, % Said
Yes I Hope That fag Die. I did Not See No Special writing To Indicate A
DieT or anything, Make's Belove Her Fear's of Them Tampering with Her Tray.

Executed At Pontiac C.C. Pontiac ILLINOIS, 08-09-22 10:45 Am

JB Pritzker
Governor

Exhibit I

Rob Jeffreys
Director

## The Illinois Department of Corrections

Dixon Correctional Center
2600 N. Brinton Avenue • Dixon, IL 61021 • (815) 288-5561 TDD: (800) 526-0844

December 9, 2021

Joseph Murphy, M42534
Dixon Correctional Center
XD-47

Joseph Murphy:

This is in response to your recent communication to the Governor's office that was forwarded to my office for review and response regarding staff conduct that took place 8/18/21.

As you are aware, you filed a grievance regarding Lt. Nolan's excessive use on this matter on 8/19/21 and the CAO deemed your grievance an emergency. Your grievance was answered, and your concerns were investigated and handled accordingly.

Upon further review, nowhere in your grievance did you state any wrongdoing of Officer Morris. I contacted Investigator Cass regarding this incident and he also stated that during the interview he conducted with you, you stated Officer Morris did not do or say anything negative to you during this incident.

I trust this has been responsive to your inquiry.

Sincerely,

Justin Wilks, Acting Warden
Dixon Correctional Center

JW:jp
cc:      file

Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

Exibit K



September 8, 2021

Dear Joseph Murphy M42534

     We are writing this letter because you have reached out to the Illinois Prison Project regarding legal services.

     We have received your letter. Unfortunately, we cannot provide you with legal services at this time and you were not selected for our current campaigns. We have kept a record of your letter and will reach out if you are selected to be a possible candidate for any future campaigns. We have also included a Commutation Toolkit specifically for incarcerated individuals with this letter. We hope that it's helpful for you.

     If you are in touch with any friends or family members, they can help write your commutation petition without the assistance of an attorney by referring to Commutation Toolkit on the Resources page of our website: www.illinoisprisonproject.org

Sincerely,
Illinois Prison Project

Exhibit 5

Transgender Law Center
National Headquarters
P.O. Box 70976
Oakland, CA 94612
(510) 587-9696
www.transgenderlawcenter.org

Date: May 4, 2022

Dear Andrea,

Thank you for calling Transgender Law Center (TLC). We very much appreciate your patience in awaiting a response. Due to our limited resources and staff, we are unable to respond to all the calls we receive from prison with the immediacy they deserve. We are very sorry to hear of the abuse you have experienced and the authorities' failure to follow up on your complaint.

The primary focus of our prison work is to connect incarcerated transgender and gender-nonconforming people with information to equip them in advocating for themselves. The resources we have access to include 1) policies issued by specific state DOCs and the federal BOP. 2) guides to navigating grievance processes and filing lawsuits. 3) know-your-rights guides for transgender and LGBT people, 4) model policies developed by LGBT advocacy organizations, 5) statements from medical professional associations on the necessity of transition-related health care, 6) medical information about transition-related health care, 7) case law from previous lawsuits filed by transgender people in prison, 8) reentry resources, and 9) resource lists of other organizations. If you are interested in any of these resources. please let us know, and we will send you as much relevant information as we are able to.

Transgender Law Center has no capacity to take on new legal cases or engage in direct advocacy at this time. Please do not send us any documentation except by our request, especially any grievances or documentation for which you do not have additional copies, since we may not be able to return documents sent to us.

We are sending the following resources, which we hope will help you in your efforts to advocate for yourself:

**Introductory response packet:**

- TLC's "Advocating for Yourself While in Custody in California" *(Despite the title. the majority of the information contained on the fact sheet is applicable in every state, and all of the info that is exclusively useful to people incarcerated in California is clearly labeled)*
- ACLU's "Know Your Rights" guide for transgender prisoners
- Tranzmission Prison Project's LGBT "National Prisoners Resource List"

**Information about HRT:**

- Medical Guide to MTF Hormones
- UCSF Information About MTF Estrogen Therapy

**Information for people considering a lawsuit:**
- Jailhouse Lawyer's Handbook
- Jailhouse Lawyer's Manual Chapter on LGBT Prisoners
- Know Your Rights - Prison Litigation Reform Act (PLRA)


**Selected Illinois DOC policies and publications:**

- 04.01.114 Grievance Procedure
- 04.01.301 Sexual Abuse & Harassment Prevention & Intervention
- 04.03.104 Transgender Offenders
- PREA handout
- Transgender Mental Health Care


**Self-care guides:**

- Self-Care on the Inside Guide
- Trans Sexual Violence Survivors Self-Help Guide


**Resource lists:**

- Books to Prisoners Programs List
- Pen Pal Programs List
- Prison Activism Resource Center (PARC) Directory
- Prison Book Program Resource List


I have also included in this packet contact information for attorneys in your state who have said that they have experience working on prison/jail issues, and have indicated that they are trans-friendly. However, we cannot vouch for their expertise or whether they would be willing to take your case. We encourage you to do your own investigation.


It is important for you to understand that this letter and any accompanying resources are legal information, not legal advice. Transgender Law Center cannot offer to represent you at this time, and any future representation would only commence after a written, signed representation agreement. Any legal claims you may have are likely subject to deadlines which could cause you to lose the right to pursue those claims in the future. We are unable to say whether any deadlines have passed or will soon pass. We encourage you to consult with an attorney or research applicable statutes of limitations so that you do not miss a potential deadline.

Ex9b94 = 5

Transgender Law Center
National Headquarters
P.O. Box 70976
Oakland, CA 94612
(510) 587-9696
www.transgenderlawcenter.org

I hope this helps. Once again, I want to thank you for your patience. I am looking forward to hearing from you with any updated information that you may have.


Sincerely,

Transgender Law Center


*This letter was prepared by a volunteer or legal worker under the supervision of Transgender Law Center's senior staff attorney, Shawn Meerkamper (admitted in California and Nevada (inactive) only. California State Bar Number 296964.)*

PS: Note that we are no longer located at 1629 Telegraph Avenue. Please address any future mail to the P.O. Box above.

Exibit=A

Ayee Bestie Im So weak Rite now Ma dike
I Dont Know what These evil MFs Doing But I
Got Stomach Pain BAD ASF Aoud Im Dizzy To dike
Rite After eating DAT Food Gurl dike They Doing
Some To My TRAY, anyway How Yo DAy Is
MA, You AiNT wrote me All Day wats wrong? Is
You Feeling Sick To oR wateva dike Is You dight
Headed, SenT ouT TXT on MY TABliT THYNA Tell
MY Syster That Im Scared For MY SAFty Down
Here In DICK FucKing Nowhere In The middle of
Pontiac North House, Then I Told Her I Seen
That RapisT MF Bailey Aqain He Try dook
All evil TRY Scare Me And I JusT PuT mY
Head Down Gurl These mf's Denied detiing
the msSor Gio ouT TAlm Bout noT Apropriate
BuT I was only Asking my Syster For Help smh
                                     4B Andreya

Exhibit B

Bestie Its like these People Hate Me I Feel like Fucking killing Myself That Fucking weirdo Srg Bailey Put His Discosting Dick In My Mouth It was All Salty MA, Why would He Do That TF, No Shade IF I kill My Fucking Self DON'T Cry Bestie Get Pay Back This My Fourth Time Getting Raped By A Staff Thats Sapposed To Be Security Helping Prevent The Act's They Commating OMG I Fucking Hate Him - Thats why I ReporTed His Ass And Im pressing Charges Gee It Is So Hard To Be US- DANM like Is It worth It MA. anyway I know Im Just Blabering write me Back love You
DA Goddess ANDREYA

BAE This C/O JUST Told Me That
Imma Die Down Here dont Call my
mother Tell Her IF I Did Die That
These Corrupt MF Killed me For
Retailiation For Reporting Bailey
Okay Hurry up. I'M Fucking
Scared

DA Goddess Andrea