# UNITED STATES DISTRICT COURT
for the
District of Illinois

Joseph Murphy #M42934
_____
Plaintiff(s)

v.

Joiner et al
_____
Defendant(s)

Case Number: _____

## MOTION FOR SERVICE OF PROCESS AT GOVERNMENT EXPENSE

Plaintiff, __Joseph Murphy__, moves pursuant to Federal Rule of Civil Procedure 4(c)(3), for the court to order that service of process be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The full name and address of the defendant(s) are identified in the complaint.

Dated: __08-09-22__

Signature: _Joseph Murphy_

Printed Name: _Joseph Murphy_