FILED
9/15/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DEAR - CLERK OF U.S. DISTRICT COURT

I Am Joseph Murphy - I Am Housed At Pontiac. C.C. I Fear That either Pontiac Security Staff Is Deliberatly Give My Mail To Someone else - OR The Law Library & Mail Room are NOT Sending me my mail - I Have NOT Recieved any mail Documents, Form's ect ect, Since 08-22-22 - AND I Have 3 Case's Filed - I Am (SMI) Seriously Mentally ill - on Documentate I Am A TRANSGENDER - I Take many Medication's All of what Is wrote above I Fear may hender my effectiveness IN my pro-se status - Please Help each Assigned Judge. For each Case Recieve This - I DONT Know anyother way - except TO Also Ask FOR A UPDATE - I Really Need To Know the status of my Filing & Case - each Please.... Thank you very much.

Case # 1:22-cv-01266-JBM   Murphy v. Joiner et al

CASE # 1:22-cv-03673   Murphy v. Wilks et al

SCANNED AT PON CC
EMAILED 9/21/22 (date)
BY _____ (Intials)
_____ (# of pages)

CASE # 1:22-cv-04098   Murphy v. Tec et al

SCANNED AT PON CC   9/15/22
EMAILED 9/14/22 (date)
BY _____ (Intials)
_____ (# of pages)

Please help me....

Joseph Murphy # M42534

Joseph Murphy