# U.S. District Court

CASE NO: 1:22-cv-01266-JBM
CASE Name: Murphy V. Joiner et al

SCANNED at MENARD and E-mailed
10-12-22 by SS  1 pages
Date   initials   No.

Please Be advised - I (Joseph Murphy M42534) The Plaintiff Has Been Relocated To Menard C.C. - Transferd From Pontiac C.C. my Current Address Is

J. Murphy
Menard Correctional Center
P.O. Box 711
Menard IL 62259

I would Like all Document's / E-File ect - Addressed According To my New Residence Please -..

Further more I will Be Asking The Court For A Status update Regarding CASE NO: 1:22-cv-01266-JBM..