# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

M42534
Joseph Murphy
**Plaintiff(s)**

vs.

Katina Sowers et al
**Defendant(s)**

SCANNED at MENARD and E-mailed
10-24-22 by SS   4 pages
Date   initials   No.

Case Number: 1:22-cv-01266

## MOTION FOR APPOINTMENT OF COUNSEL

I, Joseph Murphy #M42534, declare that I am the (check appropriate box):
[✓] Plaintiff [ ] Defendant   In the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I've written multible letter's to request ~~counsel~~ Counsel, I've made many calls to request Counsel - I am simply to Indigent to afford one I Am Also mentaly unstable, and emotionaly unstable I lack the effectiveness Needed to Represent my self (See further explanation with exhibit A thru C)

In further support of my motion, I declare that (check appropriate box):

[✓] I am not currently, nor previously have been represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

[ ] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

In further support of my motion, I declare that (Check appropriate box)

[ ] I have attached an original Application to Proceed In Forma Pauperis detailing my financial status.

[✓] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is true and correct representation of my financial status.

[ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10-21-22

Joseph Murphy
**Movant's Signature**

P.O. Box 1000
**Street Address**

Menard Il 62259
**City/State/Zip**


Exhibit: A
P.O. Box 10042
CHICAGO, IL 60610-0042
(312) 291-9183
THEJHA.ORG

October 5, 2022

Thank you for writing to the John Howard Association (JHA). We read and record every letter, call and email received. JHA independently monitors Illinois prisons, policies and practices, and advances reforms to achieve a more fair, humane and effective criminal justice system. JHA is a system monitor; our work seeks to identify and propose solutions to problems that plague the entire prison system. We do not litigate or provide individual representation or advocacy. The information you share with us allows us to be more effective monitors and advocates. We seek to create transparency around the realities of prison and use this information to hold government accountable.

This letter confirms we received and carefully read your letter, noting the issues, experiences and perceptions shared. JHA does several things with this information: we track trends and share generalized, non-identifiable information with IDOC to call their attention to concerns; use your input to guide our monitoring and advocacy efforts; and also use it to inform stakeholders and the public about what is happening inside prisons via our reports, statements, media interviews, website, and participation in working groups, task forces, and advisory boards.

We continue to hear from people about the status of commissary. JHA has reported on this issue for the past year. We are aware and continue to explain to stakeholders and the public that people rely on commissary for necessities, not luxury items. We also share that many items people purchase are necessities related to well-being, such as over-the-counter medication, hygiene items, and additional clothing. JHA recently executed an online survey to get updated information about availability of products through commissary as well as of state-issued items. It was primarily completed by incarcerated people's outside supports or other interested stakeholders. **92% of the 169 people who completed the survey reported that there had been issues between February and April of 2022 (the survey time period) either purchasing items from commissary or receiving state-issued items**. JHA has observed some improvements to commissary supply during our prison monitoring visits at some prisons; however, the contract situation for commissary is still in flux making the provision of items uncertain. JHA continues to monitor and push for improved commissary. Please continue to send reports about commissary access, inventory, and prices.

Another topic we've heard about from people incarcerated across the state is water quality. Recent news reports of issues with Legionella, copper, lead, and potentially other water contaminants at some prisons creates increased anxiety and concern. IDOC is currently undergoing a statewide assessment of the capital development needs of the Illinois prison system, which we understand is intended to identify and address disrepair and infrastructure problems. JHA and other advocacy organizations have asked that the assessment include an in-depth, system-wide analysis of the drinking water and sanitation systems in Illinois prisons and a plan to address issues. **Please continue to send us detailed information about your experiences with the water and sanitation at your facility**, for we will use that information to advocate for changes.

The letters we receive demonstrate there are ongoing concerns regarding lack of access to legal information, legislative updates, IDOC rules, and COVID protocols, in addition to other information. JHA has pushed IDOC to make its agency policies publicly available many times over many years. IDOC's website now includes a link to 300 Administrative Directives as well as the Administrative Code that people you are in contact with on the outside can access, print, and mail to you. Please have

your outside supports reach out to our office if they have any difficulty finding what they are looking for. Unfortunately, some policies remain unavailable to the public. We continue to push to get this critical information made available in prisons and for increased law library or tablet access.

We have been receiving questions about the section of the SAFE-T Act which went into effect on July 1, 2022, that made changes to Mandatory Supervised Release (MSR). The changes reduce the period of MSR for many people convicted *after July 1, 2022* of different classes of felonies. They also provide that people who are convicted of a class 3 or 4 felony, and not statutorily excluded from consideration by the Prisoner Review Board (PRB), may at the discretion of the PRB not have to serve a period of MSR. By statute, the PRB must consider the results of a validated Risk and Needs Assessment in deciding whether a person who is eligible will serve a period of MSR or not. Despite our best efforts, these changes to MSR are **not retroactive**, so do not affect the post-incarceration supervision of someone sentenced prior to July 1, 2022.

We encourage you to continue sending us privileged mail to report your concerns. The next time you write us, we hope you will **please consider answering the following questions related to programming**. We'd also appreciate updates on the **current COVID restrictions** at your prison.
1. What new programs are available to you, if any?
2. What programming have you participated in?
3. Are you on a waitlist for any programs? If so, which one(s) and how long have you waiting?
4. Please share one program you would like to have that is not currently or typically available.
5. Why do you want to be in a program (e.g., sentence credit, activity)?
6. What are the biggest obstacles to your ability to get into a program?

Remember that when writing us, the more details or descriptions you share (e.g., who, what, when, where, if you filed a grievance or reported to staff, etc.,) the better equipped we will be to raise issues with IDOC administrators and others. *Please do not send JHA any documents that you may need back, because we cannot store and ship these documents back to you.* When reading your letters and talking to your supporters in the community about the issues you are experiencing, we gain valuable insight into the realities of being in an Illinois prison at this time, and use that information to question IDOC and advance improvements.

Thank you and regards, JHA Staff

**Write JHA to...**

- **Report an issue or problem.** JHA uses the information you provide to learn about what is going on inside so that we can work to improve prisons and advance positive changes. JHA does not have authority over governmental or IDOC operations.

- **Make a PREA report about sexual abuse or harassment.** JHA serves as the outside entity to receive reports and forwards them to IDOC. We do not have the authority to investigate allegations. To make a report that you want forwarded to IDOC for investigation, write "Attention PREA" on the top of your letter inside the envelope. You can request to remain anonymous.

- **Share information** about prison policies and practices and your ideas for improvement. We cannot reply individually, but your input and insight informs our work.

- **Family and friends can contact JHA** via our website www.thejha.org or by leaving a message at 312.291.9183 x106 to inform us about what they are hearing from you in real time.

- **Write "PRIVILEGED MAIL"** on the envelope and seal the letter if you want your letter to be confidential.

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS - SPRINGFIELD DIVISION

Joseph Murphy AKA Andreya Trinity  M42534

    PLAINTIFF(S)

V.                           CASE NO. 1:22-CV-01266

Katina Joiner et al

    DEFENDANT(S)

EXHIBIT=C / DECLARATION OF PLAINTIFF MURPHY

1. I The Plaintiff Hereby Declares In Support Of My Motion For Appointment Of Counsel, Hereby Pleading The Court To Grant Said Motion.

2. I The Plaintiff Murphy Am Mentally Unstable And I Take Multiple Medication To Help Assist In Coping & Stability - I The Plaintiff Also Take Hormone Treatment Because I Am A Transgender.

3. I The Plaintiff Murphy Also Declare That As A Result Of This Medication And Unstability I Lack Effectiveness In Representation Of Myself In This and any Case, Therefore Again I Plead And Beg This Court Apoint me Counsel To Represent Me Please.

I Declare Under Penalty Of Perjury That The Above Is True And Correct. Executed At Menard C.C. / P.O. Box 1000 / Menard IL, 62259

Josephy Murphy AKA Andreya Trinity  M42534