In the UNITED STATES DISTRICT COURT
CENTRAL DISTRICT

M42534
Joseph Murphy aka Andreya Trinity
  Plaintiff(s)

v.

Katina Joiner et al
  Defendant(s)

M42534

SCANNED at MENARD and E-mailed
11-15-22 by SS  2 pages

CASE NO. 1:22-cv-01266
Joe Billy McDade

## Motion for Status Update

1.) I am Plaintiff J. Murphy requesting a response from the court in regards of (Motion for Appointment of Counsel) filed on date of 10-24-2022 at 2:28 pm CDT.

2.) I am Plaintiff J. Murphy further conveying to the court that I am Transgender and I prefer to be addressed in the manner of female there for request that I be appointed a lawyer who is respectfull of that.

3.) I am Plaintiff J. Murphy now begging/pleading with the court to please appoint me counsel - for I am seriously mentaly ill, and as a result I am mentaly unfit to effectively represent myself, also I am being neglected and deliberatly oppressed in a way that cause enability to quickly in/or timely respond to documents or court request - do to staff misconduct and negligence.

4.) I Am Plaintiff J. Murphy Further explaining To The Court That In which, I Am Being Targeted And violated By Menard Security And Medical Staff And As A Result I Am Not Allowed Notice or Knowleg of legal call's, meetings, Apointements And Any or All That In which Is essential To Representing myself.

5.) I Am Plaintiff J. Murphy Requesting That The Court Mandate A Return of Signiture Stamp For All Documents, File's, & Mail Sent To myself So As To Be asure I Am Recieving The Mail That I Am Being Sent.

6.) I Am Plaintiff J. Murphy explaining To The Court I was Just Recently Placed on Suicide Crissis Preventive Watch For Attempting To Commit Suicide And As A Result I Have Been un-aware of any Proceedings By The Court Further more Requesting A Document Ledger Detailing All File's, Documents ect Filed In This Court Regarding This Case.

I Hereby State under Penalty of Purjury That everything Said/Stated above Is True/correct To my Full understanding and Knowleg.

J. Murphy M42534

11-13-22

Menard C.C./P.O. Box 1000/ Menard, IL 62259