AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| Joseph Murphy | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-01266 |
| Katina Joiner, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joseph Murphy.

Date: 08/03/2023

/s/ Abby L. Parsons
*Attorney's signature*

Abby L. Parsons (IL Bar No. 6297018)
*Printed name and bar number*

King & Spalding, LLP
1100 Louisiana Street, Suite 4100
Houston, TX 77002
*Address*

aparsons@kslaw.com
*E-mail address*

(713) 751-3294
*Telephone number*

*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| Joseph Murphy | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:22-cv-01266 |
| Katina Joiner, et al. | ) | |
| *Defendant* | ) | |

## CERTIFICATE OF SERVICE

I certify that on  08/03/2023 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

Daniel N. Robbin,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

None.

/s/ Abby L. Parsons
*Attorney's signature*

Abby L. Parsons (IL Bar No. 6297018)
*Printed name and bar number*

King & Spalding, LLP
1100 Louisiana Street, Suite 4100
Houston, TX 77002
*Address*

aparsons@kslaw.com
*E-mail address*

(713) 751-3294
*Telephone number*

*Fax number*