# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| JOSEPH MURPHY, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:22-cv-01266-JBM-JEH |
| CURTIS BAILEY, *et al.*, | ) |
| Defendants. | ) |

## JOINT MOTION FOR AN EXTENSION OF TIME
## TO COMPLETE DISCOVERY PLAN

The parties requested and the Court ordered a Joint Discovery Plan (D.I. 80) on August 19, 2024. That Joint Discovery Plan set forth deadlines for Defendants to produce additional documents and then for Plaintiff to notice and take depositions. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the parties jointly seek a brief extension of time to complete the deadlines in the Joint Discovery Plan as follows:

| Event | Original Deadline | Proposed New Deadline |
|---|---|---|
| Defendants produce additional documents | September 15, 2024 | October 15, 2024 |
| Defendants perform ESI search and production | Following an additional meet-and-confer with Plaintiff | October 15, 2024 |
| Plaintiffs notice and take depositions | September 30, 2024 | November 15, 2024 |

Good cause exists to extend the deadlines set forth in the Joint Discovery Plan. *See* FED. R. CIV. P. 6(B)(1)(A) ("When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires"). Good cause exists to effectuate

the efficient completion of discovery whereby Plaintiff deposes witnesses of IDOC following the completion of document production, and Defendants need additional time to collect and produce such documents. The parties agree that this brief extension will not burden or prejudice either party, and is consistent with the just, speedy, and inexpensive determination of this action.

For the foregoing reasons, the parties respectfully requests that the Court grant this motion.

Dated: September 30, 2024

Respectfully submitted,

| | |
|---|---|
| */ Daniel N. Robbin /* <br> Daniel Noah Robbin <br> Bar No. 6321386 <br> Assistant Unit Supervisor <br> Office of the Illinois Attorney General <br> General Law Bureau, Prisoner Litigation <br> 115 S. LaSalle St. <br> Chicago, IL 60603 <br> (312) 814-7199 <br> daniel.robbin@ilag.gov <br><br> *Counsel for Defendants, CURTIS BAILEY, THOMAS DAYTON, BLAKE ANDERSON, SEAN BROWN, JAMES ATTIG, TRAVIS PETERS, MINDI NURSE, IVAN PEREZ, AND JORDAN PRATT* | /s/ Abby L. Parsons <br> Brent P. Ray <br> KING & SPALDING LLP <br> 110 N Wacker, Suite 3800 <br> Chicago, IL 60606 <br> (312) 764-6925 <br> bray@kslaw.com <br><br> Abby L. Parsons <br> KING & SPALDING LLP <br> 1100 Louisiana St., Suite 4000 <br> Houston, TX 77002 <br> (713) 751-3200 <br> aparsons@kslaw.com <br><br> Ellen Yesuel Min <br> KING & SPALDING LLP <br> 1180 Peachtree Street, NE <br> Atlanta, GA 30309 <br> (404) 572-2506 <br> emin@kslaw.com <br><br> *Counsel for Plaintiff, ANDREYA MONTRISE (known to IDOC as JOSEPH MURPHY)* |

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on September 30, 2024, the foregoing motion was filed via the Court's CM/ECF System and all counsel of record were notified by email.

/s/ Abby L. Parsons
Abby L. Parsons
*Counsel for Plaintiff*