# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| JOSEPH MURPHY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:22-cv-01266-JBM-JEH |
| CURTIS BAILEY, *et al.*, | ) ) ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL

COMES NOW Ellen Min of King & Spalding LLP and hereby withdraws her appearance as counsel for Plaintiff Joseph Murphy ("Plaintiff). Counsel from Arnold & Porter Kaye Scholer LLP, will remain as counsel of record for the Plaintiff.

Dated: June 10, 2025                           Respectfully submitted,

*/s/ Ellen Min*
Ellen Min
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
(404) 572-4600
emin@kslaw.com

*Counsel for Plaintiff,*
*ANDREYA MONTRISE (known to*
*IDOC as JOSEPH MURPHY)*

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on June 10, 2025 this NOTICE OF WITHDRAWAL was filed via the Court's CM/ECF System and all counsel of record were notified by email.

*/s/ Ellen Min*
*Counsel for Plaintiff*