# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| Joseph Murphy, | ) |
| Plaintiff, | ) |
| | ) Case no. 22-cv-1266 |
| v. | ) |
| | ) The Honorable Jonathan E. Hawley |
| Curtis Bailey, *et al.* | ) |
| Defendants. | ) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO FILE REPLY AND FOR ARGUMENT**

Defendants respectfully oppose Plaintiff's motion [98] for additional briefing or a hearing regarding the Supreme Court's recent decision in *Perttu v. Richards*, 605 U.S. ___ (2025). For the reasons stated in their response at [97], no new argument is necessary to assess *Perttu*'s relevance. Ordinarily, undersigned counsel would not oppose supplemental briefing or a hearing where it would assist the Court. However, because Defendants are the moving party on summary judgment and *Perttu*'s limited holding, Defendants do not believe more is warranted.

The Court is well positioned to decide the matter on the current record. That said, Defendants defer to the Court's discretion should it find an in-person discussion with the Parties useful.

Date: June 30, 2025      Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

By:    */Daniel N. Robbin/*
Daniel Noah Robbin
Bar No. 6321386
Assistant Unit Supervisor, Prisoner Litigation
Government Representation Division
Office of the Attorney General
115 S. La Salle St.
Chicago, Illinois 60603
(312) 814-7199
daniel.robbin@ilag.gov