**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

Joseph Murphy,

*Plaintiff*,

v.

Curtis Bailey., *et al.*

*Defendants*.

Case no. 1:22-cv-01266-JEH-RLH

The Honorable Jonathan E. Hawley

**PLAINTIFF'S MOTION TO
PREVENT INTERFERENCE WITH TRIAL PREPARATION**

Plaintiff respectfully moves this Court for entry of an order preventing Pontiac Correctional Center, its officers, directors and officials ("Pontiac"), from interfering with Plaintiff's preparation for trial in this matter, and in support thereof, would respectfully show as follows:

Trial in this matter is set to begin on March 30, 2026. In preparation, Plaintiff's counsel made formal arrangements with Pontiac to conduct a legal call with Plaintiff on March 19, 2026. When the meeting began, despite Plaintiff asking them to leave and an announcement by her counsel that the meeting's purpose was legal in nature, at least one or more officers or staff came in and out of or remained in the room. Illinois law entitles Plaintiff to "unmonitored" phone calls with her counsel. *See, e.g.*, *Brown v. Madison Cnty. Illinois*, 2008 WL 2625912, at *3 (S.D. Ill. June 27, 2008). Plaintiff expects to meet with counsel at least once more before trial by phone and requests privacy to adequately prepare.

In addition, on March 11, 2026, this Court entered a Personal Appearance Writ granting Plaintiff permission to be in "proper civilian attire" during trial. Dkt No 142. Plaintiff has been trying to visit the facility barbershop but thus far her appointments have been cancelled. Plaintiff seeks the opportunity to visit the barbershop so that she her hair will be clean and presentable.

Plaintiff further seeks an order of this Court allowing her access to a razor so that her face may be clean-shaven before trial each morning.

After a telephone conference with the undersigned counsel, counsel for Defendants do not take a position on this motion.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion.

Dated: March 20, 2026

Respectfully Submitted,

*/s/ Abby L. Parsons*

Abby L. Parsons
ARNOLD & PORTER KAYE SCHOLER LLP
811 Main St, Suite 1800
Houston, TX 77002
(713) 576-2442
abby.parsons@arnoldporter.com

Brent P. Ray
ARNOLD & PORTER KAYE SCHOLER LLP
70 W. Madison St., Suite 3700
Chicago, IL 60602
(312) 583-2325
brent.ray@arnoldporter.com

Anora Wang
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue N.W.
Washington, DC 20001
(202) 942-6483
anora.wang@arnoldporter.com

*Counsel for Plaintiff, ANDREYA MONTRISE
(known to IDOC as JOSEPH MURPHY)*

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on March 20, 2026 this submission was filed via the Court's CM/ECF System and all counsel of record were notified by email.

/s/ Abby L. Parsons
Abby L. Parsons
*Counsel for Plaintiff*